# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| JACKIE GRIGSBY, ET AL. | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-361-DF-CE |
| | § | |
| FIDELITY NATIONAL PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636.   The report of the Magistrate Judge (Dkt. No. 28) has been presented for consideration.   The report recommends that the court transfer this case to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1406. Neither party filed objections to the report.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court.   Accordingly, it is ORDERED that this case is transferred to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1406.

**SIGNED this 30th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1

2